JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNEMARIE PASCO AMPALAYO,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner Of Social Security,

Defendant.

Case No.: 2:26-cv-02466-MEMF-AYP

**JUDGMENT OF REMAND**

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on July 29, 2026.

IT IS SO ORDERED.

Dated: July 29, 2026

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge