**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANNEMARIE PASCO AMPALAYO,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case NO. 2:26-CV-02466-AYP

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

Based upon Plaintiff's unopposed motion for attorney's fees and costs (Dkt. No. 16) and Defendant's response confirming the parties' agreement (Dkt. No. 18), the Court orders that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,500.00, and costs under 28 U.S.C. § 1920 in the amount of $405.00, subject to the terms set forth in Plaintiff's proposed order.

DATED: October 23, 2026

ANNA PARK
United States Magistrate Judge